UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM O. BARRETT,

                        Plaintiffs                07 CV 07106 (RPP)

    - against -

                                                          **ORDER**

COUNTY OF DUCHESS, et. al,

                        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/09

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       The Parties are ordered to appear before this Court for a status conference on

Tuesday, April 28, 2009 at 10:00 a.m.


       IT IS SO ORDERED.

Dated: New York, New York
       April 22, 2009

                                                         Robert P. Patterson, Jr.

                                                         U.S.D.J.

Copies of this order were faxed to:

*Attorney for Plaintiffs*
James A. Randazzo
Gelardi & Randazzo LLP
800 Westchester Ave.- Suite 605
Rye Brooke, New York 10573
Fax: 914-251-0603

*Attorney for Defendants*
David Lewis Posner
McCabe & Mack, LLP
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602
Fax: 845-486-7621